AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Seibert, James E. | U.S. District Court, NDWV | 09/16/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

1125 Chapline Street
Wheeling, WV 26003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of Attorney | Checking Account |
| 2. | Advisory Committee | Wheeling Auto Club Fund of the Community Foundation for the Ohio Valley, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-Employed, Real Estate Agent |
| 2. 2014 | First Choice Real Estate, LLC - Owner and Independent Contractor Realtor |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 09/16/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Bank | JDS Investments, LLC - Guarantor of Note Secured by Deed of Trust | L |
| 2. | United Bank | JDS Investments, LLC - Guarantor of Note Secured by Deed of Trust | K |
| 3. | United Bank | James E Seibert - Note Secured by Deed of Trust | K |
| 4. | NML Insurance Co. | Loan against life insurance policy. | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 09/16/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United Bank Accounts | A | Interest | J | T | | | | | |
| 2. Main Street Bank Corp Accounts | A | Interest | K | T | | | | | |
| 3. United Bank - POA | A | Interest | J | T | | | | | |
| 4. First Choice Real Estate LLC | A | Interest | K | T | | | | | |
| 5. Brokerage SEP Account #1 | A | Dividend | J | T | | | | | |
| 6. - American Funds - Short- Term Bond Fund of America | | | | | | | | | |
| 7. Sun Life Assurance Whole Life Insurance | A | Dividend | J | T | | | | | |
| 8. Sun Life Financial Common Stock | A | Dividend | J | T | | | | | |
| 9. Guardian Whole Life Insurance | A | Dividend | J | T | | | | | |
| 10. Guardian Whole Life Insurance | A | Dividend | J | T | | | | | |
| 11. NML Insurance Co. Whole Life Insurance | A | Dividend | J | T | | | | | |
| 12. NML Insurance Co. Whole Life Insurance | A | Dividend | J | T | | | | | |
| 13. NML Insurance Co. Whole Life Insurance | A | Dividend | J | T | | | | | |
| 14. NML Insurance Co. Whole Life Insurance | A | Dividend | J | T | | | | | |
| 15. NML Insurance Co. Whole Life Insurance | A | Dividend | J | T | | | | | |
| 16. NML Insurance Co. Whole Life Insurance | A | Dividend | K | T | | | | | |
| 17. NML Insurance Co. Whole Life Insurance | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 09/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NML Insurance Co. Whole Life Insurance | A | Dividend | J | T | | | | | |
| 19. Main Street Bank CDs | A | Interest | J | T | | | | | |
| 20. Main Street Bank Common Stock | A | Dividend | J | T | | | | | |
| 21. Gold FR Rooster | | None | J | T | | | | | |
| 22. Silver Eagle | | None | J | T | | | | | |
| 23. Peregrine Pharmaceuticals | | None | J | T | | | | | |
| 24. Direct Online Marketing - Note Receivable | A | Interest | M | T | | | | | |
| 25. JDS Investments LLC - Rental property, Ohio County, WV | D | Rent | M | U | | | | | |
| 26. -Royalty Interest, Ohio County, WV (X) | D | Royalty | | | | | | | |
| 27. Prudential Advanced Series Apex II Annuity | | None | M | T | | | | | |
| 28. Summit Brokerage Srvs Inc SEP Retirement Acct #2 | C | Int./Div. | N | T | | | | | |
| 29. -Pershing Prime Reserves Money Market Fund | | | | | | | | | |
| 30. -BP PLC Spons Adr Common Stock | | | | | | | | | |
| 31. -RSTK Main Street Financial Services Corp Com Stk (X) | | | | | | | | | |
| 32. -Aston/Montag & Caldwell Growth Fund | | | | | Sold | 01/02/14 | J | A | |
| 33. -AQR Funds Diversified Arbitrage Fund Class I | | | | | Sold | 01/02/14 | K | | |
| 34. -Artisan Fds Inc Mid Cap Value Fd Inv Shs | | | | | Sold | 01/02/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 09/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Davis New York Venture Class Y | | | | | Sold | 01/02/14 | J | A | |
| 36. -Doubleline Funds Tr Total Return Bond Fund | | | | | Sold | 01/02/14 | K | | |
| 37. -Eaton Vance Municipals Tr National Municipal Income Fund | | | | | Sold | 01/02/14 | K | A | |
| 38. -The Hartford Capital Appreciation Fd Cl I | | | | | Sold | 01/02/14 | K | B | |
| 39. -Hotchkis & Wiley Funds High Yield Fund Class A | | | | | Sold | 01/02/14 | J | A | |
| 40. -JPMorgan Trust Strategic Income Opptys Fund | | | | | Sold | 01/02/14 | K | A | |
| 41. -MFS Research Fund Class I | | | | | Sold | 01/02/14 | J | B | |
| 42. -Wells Fargo Advantage Diversified Cap Builder Instl Cl | | | | | Sold | 01/02/14 | K | C | . |
| 43. -Western Asset Fds Inc Core Plus Bd Port | | | | | Sold | 01/02/14 | K | A | |
| 44. -American Short-Term Bond Fund A Class A | | | | | Buy | 01/07/14 | J | | |
| 45. -American Short-Term Bond Fund A Class A | | | | | Sold | 11/19/14 | J | D | |
| 46. -American Growth and Income Portfolio Fund Class C | | | | | Buy | 01/03/14 | K | | |
| 47. | | | | | Buy (add'l) | 02/05/14 | J | | |
| 48. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 49. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 50. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 51. | | | | | Buy (add'l) | 05/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 09/16/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Growth Portfolio Fund Class C | | | | | Buy | 01/03/14 | K | | |
| 53. | | | | | Buy (add'l) | 02/05/14 | J | | |
| 54. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 55. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 56. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 57. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 58. -American Balanced Portfolio Fund Class C | | | | | Buy | 01/03/14 | K | | |
| 59. | | | | | Buy (add'l) | 02/05/14 | J | | |
| 60. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 61. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 62. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 63. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 64. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 65. Commercial Rental Property #1, Wheeling, WV (2010 $82,825) | D | Rent | L | R | | | | | |
| 66. Gas royalty interest, Lewis County, WV | A | Royalty | J | W | | | | | |
| 67. KJT, LLC - Rental Property, Wellsburg, WV (X) | A | Rent | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note A -
Parcel 1 is located in Wheeling, WV.
Parcel 2 is located in Valley Grove, WV.
This is a piece of family-owned real estate.

Note B-
The income earned during the reporting period for SEP Retirement Account #2 was reported by the broker in total.
This income and the gross value at the end of the reporting period are being reported on the FDR in the same way, in total, in column B and column C on line 28.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Seibert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544